FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TENET BEEF LLC, a Washington limited liability company,<br><br>     Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE UNIVERSITY, a Washington state agency and ZHIHUA JIANG, an individual,<br><br>     Defendants. | No. 2:21-cv-00131-SMJ<br><br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 23. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

 **1.** The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 23**, is **GRANTED**.

 **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

 **3.** All pending motions are **DENIED AS MOOT**.

 **4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

5.    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of April 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2